UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 JUL -8 AM 10: 51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOSE FERNANDO FONSECA-GONZALEZ (2),<br><br>          Defendant. | CASE NO. 07CR0744-WQH<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of:

Counts 1-2: 21:952, 960 and 963 and 21:853 - Conspiracy to Import Methamphetamine and Criminal Forfeiture

Count 3: 21:952 and 960, 18:2 and 21:853 - Importation of Methamphetamine, Aiding and Abetting and Criminal Forfeiture

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 7, 2010

_____
WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

ENTERED ON 7/7/10